**Wanda J. BURKS, Plaintiff-Appellant,**

v.

**James RODGER, Norfolk Neighborhood Development; Cleve Chappell; David Firnstalh; Josh Haight; Ronald Lee; Norfolk Redevelopment and Housing Authority, Renovation Department, Defendants-Appellees.**

No. 17-2199

United States Court of Appeals, Fourth Circuit.

Submitted: February 15, 2018

Decided: February 16, 2018

Wanda J. Burks, Appellant Pro Se.

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wanda J. Burks appeals the district court's order dismissing her civil action for

lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3).* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Burks v. Rodger*, No. 2:17-cv-00390-MSD-RJK (E.D. Va. Sept. 13, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* Although the district court dismissed the action without prejudice, the district court's order is a final appealable order under *Goode v. Cent. Va. Legal Aid Soc'y, Inc.*, 807 F.3d 619, 623 (4th Cir. 2015), and *Martin v. Duffy*, 858

F.3d 239, 247 (4th Cir. 2017) ("repeated, ineffective attempts at amendment suggest that further amendment of the complaint would be futile").